UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    CRIM. NO. 15-210 (MJD/JSM)

      Plaintiff,

v.                                                            <u>ORDER</u>

JONATHAN PEREZ-JUAREZ (5),

      Defendant.


The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 14, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

1.    Defendant's Pretrial Motion to Suppress Evidence [Docket No. 54] is **DENIED**; and

2.    Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 55] is **DENIED**.


Dated:      November 3, 2015

<u>s/Michael J. Davis</u>
MICHAEL J. DAVIS
United States District Judge